UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 7:08-cv-189 |
| v. | ) | |
| | ) | |
| 0.51 ACRES OF LAND, more or less, situated in | ) | |
| HIDALGO COUNTY, STATE OF TEXAS; and | ) | |
| VERONICA MENDOZA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF REVESTMENT

Plaintiff, the United States of America, and Defendant, Veronica Mendoza, do hereby stipulate to the revestment of the subject property as described in the initial Declaration of Taking (Docket No. 2), more specifically described in Schedule "E" of said Declaration of Taking filed herein (Docket No. 2) in the real property identified as RGV-MCS-1011 and more particularly described in Schedule "C" and depicted in Schedule "D" of the Declaration of Taking (Docket No. 2). The parties further stipulate and agree as follows:

1. The United States filed a Complaint in Condemnation (Docket No. 1) pursuant to the Declaration of Taking (Docket No. 2) filed with this Court in the above-captioned cause on June 27, 2008.

2. The United States deposited Nine Thousand One Hundred Dollars ($9,100) as its estimated just compensation for the taking of the Estate in

1

        Tract RGV-MCS-1011 (Docket No. 9). The deposit was made on October 20, 2008.

3.     The United States has acquired title to the Estate in RGV-MCS-1011 by operation of law.

4.     The United States and Defendant agree that all right, title and interest acquired by the United States associated with or appurtenant to the Subject Property shall be revested in Defendant as they existed immediately before the time of the filing of the Declaration of Taking and vesting in the United States.

5.     Defendant hereby agrees to accept such revestment of the Subject Property.

6.     Defendant agrees to accept Five Hundred Dollars ($500.00) in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action, and to waive any and all claims for compensation of any nature against the United States arising from the United States' acquisition of the subject property.

7. The parties hereto will take no appeal from any rulings or judgments made by the Court in this action with regard to this Stipulation of Revestment and the parties consent to the entry of all orders and judgments necessary to effect this Stipulation.

**Respectfully Submitted,**

| For Defendants: | For the United States of America: |
|---|---|
| | JOSE ANGEL MORENO |
| | UNITED STATES ATTORNEY |
| *signature* | *signature* |
| VERONICA MENDOZA | JIMMY A. RODRIGUEZ |
| | Assistant United States Attorney |
| *signature* | Southern District of Texas No. 572175 |
| LEONEL MENDOZA | Texas Bar No. 24037378 |
| | 919 Milam, Suite 1500 |
| | Houston, TX 77028 |
| | Telephone: (713) 567-9532 |
| | Facsimile: (713) 718-3303 |
| | E-mail: Jimmy.Rodriguez2@usdoj.gov |
| | Attorney-in-Charge for Plaintiff |