UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 7 2011

David J. Bradley, Clerk of Court

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 7:08-cv-189 |
| v. ) | |
| ) | |
| 0.51 ACRES OF LAND, more or less, situated in ) | |
| HIDALGO COUNTY, STATE OF TEXAS; and ) | |
| VERONICA MENDOZA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF REVESTMENT

Pursuant to the Stipulation of Revestment entered by Plaintiff, the United States of America, and Defendant, Veronica Mendoza, the Court enters the following Order:

**IT IS HEREBY ORDERED AND ADJUDGED,** all rights condemned or conveyed to Plaintiff in the Subject Property, as described in the Declaration of Taking (Docket No. 2), are hereby revested to Defendant as their interests in same appeared immediately before the vesting of title to said property in the United States by operation of law through these condemnation proceedings. The revestment and payment by the United States of $500 is in full satisfaction of any and all claims regarding the subject property against the United States by reason of the institution and prosecution of this action. The United States District Clerk for the Southern District of Texas is directed to distribute and pay Defendant, Veronica Mendoza, the sum of Five Hundred Dollars ($500.00) and to deliver said payment to Defendant.

**IT IS FURTHER ORDERED,** that this case is **CLOSED** the parties hereto will take no appeal from any rulings or judgments made by the Court in this action with regard to this

Stipulation of Revestment and Defendant waives any and all claims for compensation of any nature against the United States arising from the United States' acquisition of Subject Property.

The parties consent to the entry of all orders and judgments necessary to effect this Stipulation.

DONE AND ORDERED, this 27th day of September, 2011.

ANDREW S. HANEN
United States District Judge

**AGREED AS TO FORM AND SUBSTANCE:**

| For Defendant: | For the United States of America: |
|---|---|
| | JOSE ANGEL MORENO<br>UNITED STATES ATTORNEY |
| */s/ Veronica Mendoza*<br>VERONICA MENDOZA | */s/ Jimmy A. Rodriguez*<br>JIMMY A. RODRIGUEZ<br>Assistant United States Attorney<br>Southern District of Texas No. 572175<br>Texas Bar No. 24037378<br>919 Milam, Suite 1500<br>Houston, TX 77028<br>Telephone: (713) 567-9532<br>Facsimile: (713) 718-3303<br>E-mail: Jimmy.Rodriguez2@usdoj.gov<br>Attorney-in-Charge for Plaintiff |
| */s/ Leonel Mendoza*<br>LEONEL MENDOZA | |